■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYRIL WINEBRENNER, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS GEROYIANIS, Appellant. [974 NYS2d 884]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ ELECTRICAL WASTE RECYCLING GROUP, LIMITED, Respondent, v ANDELA TOOL & MACHINE, INC., Formerly Known as ANDELA PRODUCTS, LTD., Appellant. [974 NYS2d 883]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP C. KAECHELE, Appellant. [974 NYS2d 835]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Course of Sexual Conduct against a Child, 1st Degree). Present—Scudder, P.J., Peradotto, Carni, Sconiers and Whalen, JJ.

(November 15, 2013)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER P. IRVING, Appellant. [977 NYS2d 663]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered December 2, 2010. The judgment convicted defendant, upon a jury verdict, of aggravated criminal contempt and assault in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.